UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHELTON EAVES,

    Plaintiff,

v.

BRIAN FARRALL, et al.,

    Defendants.

Case No. 25-cv-01879-JSW

**ORDER OF DISMISSAL**

On February 21, 2025, Plaintiff, a county jail inmate proceeding without representation by an attorney, filed this civil rights case under 42 U.S.C. § 1983. On the same day, the Clerk notified Plaintiff his application to proceed in forma pauperis ("IFP") (ECF No. 2) was incomplete because it did not include a certificate of funds in his jail trust account signed by a jail official, nor did it include a trust account statement. (ECF No. 3.) The Clerk mailed Plaintiff the Court's IFP application along with the deficiency notice, as well as a stamped return envelope and instructions for completing the application. The notice informed Plaintiff that if he did not either file the required certificate of funds and trust account, or pay the filing fee, within 28 days, the case would be dismissed. (*Id.*) No response has been received. As more than 28 days have passed, and Plaintiff has not filed a complete IFP application, paid the filing fee, requested an extension of time, or shown cause why not, this case is DISMISSED without prejudice. The incomplete IFP application is DENIED.

The Clerk shall enter judgment and close the file. This Order resolves docket number 2.

**IT IS SO ORDERED.**

Dated: August 6, 2025

_____
JEFFREY S. WHITE
United States District Judge